UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD PARSA HOSSEINI,<br><br>Plaintiffs,<br><br>v.<br><br>SIEMENS CORPORATION,<br><br>Defendants. | Case No. 24-cv-06758-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 3/28/2025 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 11/7/2025.

DISPOSITIVE MOTIONS **SHALL** be filed by; 11/14/2025;
    Opp. Due: 12/1/2025; Reply Due: 12/5/2025;
    and set for hearing no later than 12/19/2025 at 10:00 AM.

DESIGNATION OF EXPERTS: 2/6/2026; REBUTTAL: 3/6/2026;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 4/17/2026.

PRETRIAL PAPERWORK DUE: 4/14/2026
PRETRIAL CONFERENCE DATE: 4/28/2026 at 1:30 PM.

JURY TRIAL DATE: 5/11/2026 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 9 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: January 3, 2025

_____
SUSAN ILLSTON
United States District Judge